| AO-10 (WP) Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

**FINANCIAL DISCLOSURE REPORT**

**FOR CALENDAR YEAR 2006**

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FERNANDEZ, FERDINAND F. | NINTH CIRCUIT COURT OF APPEALS | 4/17/07 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br> U.S. CIRCUIT JUDGE-SENIOR | 5a. Report Type (check appropriate type) <br> ___ Nomination, Date ___ <br> ___ Initial  ✔ Annual  ___ Final <br> 5b. ___ Amended Report | 6. Reporting Period <br> 1/1/06 → 12/31/06 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☒ NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

2001 APR 24 A 9:51 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| ☒ NONE (No reportable non-investment income.) | | |
|---|---|---|
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| ☐ NONE (No reportable non-investment income.) | |
|---|---|
| 1  2006 | Chaffey College |
| 2 | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 4/17/07 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|   | SOURCE | DESCRIPTION |
|---|---|---|
| ☒ 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|   | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ | NONE (No such reportable gifts.) | | |
| 1 | West Publishing Co. | books | $ 685.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

|   | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 4/17/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Accts at Pomona First Federal Bank | C | INT | M | T | | | | | |
| 2 Accts at Wells Fargo Bank | C | INT | L | T | | | | | |
| 3 Accts. at Washington Mutual Bank | C | INT | M | T | | | | | |
| 4 Accts at Bank of America | C | INT | M | T | | | | | |
| 5 Accts at Downey Savings | D | INT | M | T | | | | | |
| 6 Accts at World Savings | C | INT | M | T | | | | | |
| 7 Accts at Community Bank | C | INT | M | T | | | | | |
| 8 Acct at Vineyard Nat. Bank | D | INT | M | T | | | | | |
| 9 Acct at Western Financial Bank (Now Wachovia) | C | INT | M | T | | | | | |
| 10 Accts at Pacific Western Bank | C | INT | M | T | | | | | |
| 11 Accts. at U.S. Bank | D | INT | L | T | | | | | |
| 12 Acct. at State Bank of Fargo | C | INT | ~~E~~ | ~~E~~ | Withdraw: Close | 3/4 | L | None | |
| 13 Acct. at Eurobank, Puerto Rico | B | INT | ~~K~~ | ~~E~~ | Open | 3/30 | K | | |
| 14 Acct at Eurobank, Puerto Rico | | | | | Withdraw Close | 10/4 | K | | |
| 15 Am Fund Small Cap World Cl A | A | Div | J | T | | | | | |
| 16 Am Fund Cap Income Builder Cl A | B | Div | L | T | | | | | |
| 17 Am Fund New Economy Cl A | A | Div | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Income Fund of America C/A | A | DIV | K | T | | | | | |
| 19 Amcap Fund C/A | A | DIV | K | T | Buy | 10/11 | K | | |
| 20 Am. Balanced Fund CL A | A | DIV | K | T | Buy | 10/11 | K | | |
| 21 Cap World Growth Fund C/A | A | DIV | K | T | Buy | 3/28 | K | | |
| 22 Europacific Growth Fund C/A | A | DIV | K | T | Buy | 3/28 | K | | |
| 23 Growth Fund of America CLA | A | DIV | K | T | ~~Distribution from IRA~~ | 10/12 | K | | |
| 24 Inv. Co of Am C/A | A | DIV | K | T | Buy | 10/11 | K | | |
| 25 New World Fund CL A | A | DIV | K | T | Buy | 3/28 | K | | |
| 26 US T Bills | A | Int | K | T | | | | | |
| 27 US T Bills | C | Int | L | T | | | | | |
| 28 US T Bills | A | Int | J | T | | | | | |
| 29 US T Bills | A | Int | J | T | | | | | |
| 30 US T Bills | A | Int | J | T | | | | | |
| 31 US T Bills | A | Int | J | T | | | | | |
| 32 US T Bills | A | Int | K | T | | | | | |
| 33 US T Bills | B | Int | K | T | | | | | |
| 34 US T Bills | A | Int | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35  U.S. T Bills | A | Int | K | T | | | | | |
| 36  U.S. T Bills | A | Int | K | T | | | | | |
| 37  U.S. T Bills | B | Int | K | T | | | | | |
| 38  U.S. T Bills | D | Int | M | T | | | | | |
| 39  U.S. T Bills | C | Int | L | T | | | | | |
| 40  US T Bills | B | Int | L | T | | | | | |
| 41 Trust #1 Income Beneficiary | | | | | | | | | |
| (a.) Wells Fargo, Trustee | D | Div/int | M | T | | | | | |
| (i) Wells Fargo Common trust investment funds and cash | | | | | | | | | |
| (ii) I Shares - MSCI Emerging Markets Index Fund | A | Div | J | T | Buy | 2/21 | J | | |
| (iii) Pimco Commodity Strategy Fund Class I #45 | A | Div | J | T | Buy | 4/22/05 | J | | |
| (iv) Vanguard REIT VIPER | A | Div | J | T | Buy | 1/12/04 | J | | |
| (b) Real Property in Clifton Ariz (Trustee unknown) | None | None | J | W | | | | | |
| | | | | | | | | | |

1   Income/Gain Codes: A=$1,000 or less      B=$1,001-$2,500        C=$2,501-$5,000         D=$5,001-$15,000        E=$15,001-$50,000
    (See Col. B1, D4)    F=$50,001- $100,000   G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2   Value Codes:         J=$15,000 or less     K=$15,001-$50,000      L=$50,001-$100,000       M=$100,001-$250,000
    (See Col. C1, D3)    N=$250,001-$500,000   O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
                         P3=$25,000,001-$50,000,000                   P4=More than $50,000,000
3   Value Method Codes:  Q=Appraisal           R=Cost (real estate only)  S=Assessment          T=Cash/Market
    (See Col. C2)        U=Book value          V=Other                    W=Estimated

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: FERNANDEZ, FERDINAND F.

Date of Report: 4/17/07

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| **42. IRA** | | | | | | | | | |
| a. Select Notes Trust Securities LT#5 | A | Int. | J | T | | | | | |
| b. U.S. Treasury Note | A | Int | | | Redeemed 8/15 | J | | | |
| c. GNMA Pool Cert. | A | Int. | K | T | | | | | |
| d. Cap. Income Builder C/A | B | Div. | K | T | | | | | |
| e. Growth Fund of Am C/A | B | Div. | J | T | Partial Distribution | 10/12 | K | | |
| f. Income Fund of Am C/A | A | Div. | J | T | | | | | |
| g. Van Kampen Comstock Fund C/A | A | Div | K | T | | | | | |
| h. Van Kampen Enterprise Fund C/A | A | Div | K | T | | | | | |
| i. Van Kampen Pace Fund C/A | A | Div | K | T | | | | | |
| j. Van Kampen Real Estate Sec. Fund C/A | A | Div | K | T | | | | | |
| k. Washington Mutual Invest. Fund C/A. | A | Div | K | T | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

*FERNANDEZ, FERDINAND F.*

Date of Report

*4/17/07*

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

*Note regarding Items 41(a)(iii)+(iv): In 2004, the Trustee, Wells Fargo, began putting relatively small amounts of funds into investment funds other than its own cash, common trust, and investment funds. I did not catch it then, but have now discovered it. The funds involved are shown in this report. The trust still owns interests in them, as this report shows. The total asset value shown on the earlier reports remains the same.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the ~~provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial~~ Conference regulations.

Signat~~ure~~

Date _____ *Apr 17, 2007*

NO~~TE:~~ ~~ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS~~ OR FAILS TO FILE THIS REPORT MAY BE
SU~~BJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)~~

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544